

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2020

No. 04-18-00002-CR

Larry Donnell **GIBBS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2015 CRR 001320 D-1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
               Irene Rios, Justice
               Beth Watkins, Justice

On January 17, 2017, appellant filed a letter we construe as a motion for rehearing. After consideration, appellant's motion is DENIED. TEX. R. APP. P. 49.3.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court